# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Alfonso Gonzalez                **Docket Number:**   1:04CR05253-001

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   1/19/2006

**Original Offense:** 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 846 - Conspiracy to Distribute Methamphetamine (Class B Felony); 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm (Class C Felony); and 26 U.S.C. §5861(d) - Possession of an Unregistered Firearm (Class C Felony)

**Original Sentence:** 87 months custody of the Bureau of Prisons; 48-month term of Supervised Release; $300 Special Assessment

**Special Conditions:**

Search; Abstain from alcohol; Drug/alcohol treatment; Drug/alcohol testing; Pager/cell phone restrictions – provide billing records upon request; Aftercare co-payment; Drug registration; DNA Collection

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   10/25/2011

**Other Court Actions:**  None

Page **1** of **3**                                                                                         PROB 12B
(08/13)

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall be monitored for a period of 3 months, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

a. The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer; (Home Detention)

**Justification:** Beginning in September 2013, the Probation Officer had difficulty reaching Mr. Gonzalez by telephone; as such, a certified letter was sent directing him to report to the office on September 9, 2013.

On that date, he reported as directed and we discussed his failure to submit a written report for the months of July and August. After much discussion, the Probation Officer learned that Mr. Gonzalez's marriage was fractured and that he had begun dating someone new. Mr. Gonzalez admitted that he was no longer living with his wife and provided his sister's address in Modesto. Subsequently, the Probation Officer attempted a home inspection; however, was unable to make contact with the home occupants. Mr. Gonzalez then submitted a written monthly report (September) which provided a different address in Modesto. The probation officer conducted a home inspection and met with Mr. & Mrs. Gonzalez, the defendant's brother and sister-in-law. Mr. Gonzalez confirmed that he is a felon, though he successfully terminated from parole.

Since his release from prison, Mr. Gonzalez has submitted to random drug testing which has returned with negative results. In addition, he has been able to maintain fairly consistent employment, with periods of unemployment due to work slowing. Mr. Gonzalez presents as motivated to maintain employment and at present, he has secured what appears to be consistent, stable employment.

The Probation Officer is concerned that Mr. Gonzalez has moved twice without permission, he is now living with a felon, and he has failed to submit monthly reports for July and August. However, given his employment and successful drug testing results, the Probation Officer is willing to continue to work with Mr. Gonzalez in the hopes of addressing the violation conduct without further Court intervention. The above has been discussed with Mr. Gonzalez and he agreed to the added special condition, referenced above. It is therefore recommended the modification adding the special condition be granted.

Respectfully submitted,

/s/ Laura Weigel

**Laura Weigel**
**United States Probation Officer**
Telephone: (209) 549-2817

**DATED:** 11/20/2013

Reviewed by,

/s/ Jack C. Roberson

**Jack C. Roberson**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

cc:   United States Probation

　　　Assistant United States Attorney: Laurel Montoya

　　　Defense Counsel: Eric V. Kersten

IT IS SO ORDERED.

　Dated:   **November 20, 2013**              **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE